```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

DAVID HANCOCK,                          :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :   CIVIL ACTION 09-0026-KD-M
                                        :
JAMES HOOD, et al.,                     :
                                        :
    Defendants.                         :

<u>ORDER</u>

Plaintiff, an Alabama prison inmate proceeding <u>pro se</u>, filed a Motion to Proceed Without Prepayment of Fees (Doc. 1). **Not later than February 2, 2009**, Plaintiff is **ORDERED** to supplement his motion to proceed without prepayment of fees with a statement of his prison account for the last six months prior to filing of the motion. Failure to comply with this Order within the prescribed time, will result in the denial of the motion, and Plaintiff will then be required to pay the $350.00 filing fee.

DONE this 21st day of January, 2009.

                                        <u>s/BERT W. MILLING, JR.</u>
                                        UNITED STATES MAGISTRATE JUDGE