# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DAVID HANCOCK,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION 2:09-00026-KD-N** |
| | ) |
| **JAMES HOOD, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's federal claims are **DISMISSED with prejudice** and that supplemental jurisdiction over the state-law claim under the Alabama Medical Liabilities Act, Ala. Code § 6-5-484 (1975) asserted in Count Five of the Third Amended Complaint is hereby **DECLINED** and Count Five is **DISMISSED without prejudice**.

Thus, it is **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** in its entirety.

**DONE** and **ORDERED** this 18th day of February, 2010.

                                                           **s/ Kristi K. DuBose**
                                                           **KRISTI K. DuBOSE**
                                                           **UNITED STATES DISTRICT JUDGE**